IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEIGHTON D. LINDSEY,

    Plaintiff,

v.

RENEE SCHULER, et al.,

    Defendants.

ORDER

Case No. 18-cv-1018-bbc

---

LEIGHTON D. LINDSEY,

    Plaintiff,

v.

LINDSAY WALKER, et al.,

    Defendants.

ORDER

Case No. 18-cv-1024-bbc

---

Plaintiff Leighton D. Lindsey has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee in each of the above cases. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 3, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount for each of the above cases that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fees in installments.

ORDER

IT IS ORDERED that plaintiff Leighton D. Lindsey may have until January 3, 2019 to submit a trust fund account statement for the period beginning approximately June 10, 2018 and ending approximately December 10, 2018. If, by January 4, 2019, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw each of these actions voluntarily. In that event, each case will be closed without prejudice to plaintiff filing them at a later date.

Entered this 12th day of December, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge