IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEIGHTON LINDSAY,

    Plaintiff,

v.

RENEE SCHULER ET AL,

    Defendants.

ORDER

Case No. 18-cv-1018-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEIGHTON LINDSAY,

    Plaintiff,

v.

LINDSAY WALKER ET AL,

    Defendants.

ORDER

Case No. 18-cv-1024-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Leighton Lindsay, a prisoner in the custody of the New Lisbon Correctional Institution, has submitted a certified trust fund account statement for the six month period preceding the filing of the complaints in support of the motion to proceed without prepayment of the filing fees. Using information for the relevant time period from plaintiff's trust fund account statement, it appears that plaintiff presently has no means with which to pay the filing fees or to make initial partial payments. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fees, but will not assess initial partial filing fees. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that each of the full $350 filing fees for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaints to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motion filed by plaintiff Leighton Lindsay for leave to proceed without prepayment of the filing fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, separate orders will issue.

Entered this 18th day of December, 2018.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge