IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEIGHTON D. LINDSEY,

                                                 ORDER

            Plaintiff,

                                                18-cv-1018-bbc

     v.

RENEE SCHUELER, MAUREEN WHITE,
MICHAEL DITTMANN, ANGELICA ROWEN-FOX,
TERESA GAIER, SHANE HINTON AND JOSHUA CRAFT,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Leighton D. Lindsey is proceeding on claims that prison staff at the Columbia Correctional Institution repeatedly delayed providing him adequate medical treatment for an abscess under his chin. On January 6, 2020, defendants filed a motion for summary judgment. Plaintiff's response was due on February 6, 2020, but plaintiff has failed to file any materials in opposition to defendants' motion. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

      I will give plaintiff one more opportunity to submit a substantive response to defendants' motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Leighton D. Lindsey may have until March 3, 2020 to file a response to defendants' motion for summary judgment. If he does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 18th day of February, 2020.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge